No. 90–6223.   WILLIAMS v. MILLER ET AL.   C. A. 11th Cir. Certiorari before judgment denied.